F. Richard Ruderman (SB No. 142226)
Colleen A. Snyder (SB No. 274064)
Daniel R. Shaw (SB No. 281387)
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.S., a minor, by and through her guardians ad litem, HEIDI SKINNER and JASON SKINNER,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVENTIST HEALTH SYSTEM/WEST, a California non-profit corporation, doing business as ST. HELENA CENTER FOR BEHAVIORAL HEALTH and KAISER PERMANENTE INSURANCE, a California corporation,<br><br>Defendant. | CASE NO. 2:15-cv-1769 JAM AC<br><br>**ORDER APPOINTING GUARDIANS AD LITEM** |

The Petition for an Order Appointing HEIDI SKINNER and JASON SKINNER as guardians ad litem for H.S. is hereby GRANTED.

DATE: 8/21/2015

<u>John A. Mendez</u>
UNITED STATES DISTRICT COURT JUDGE

[Proposed] Order Appointing Guardians Ad Litem                                                    Page 1