F. Richard Ruderman (SB No. 142226)
Daniel R. Shaw (SB No. 281387)
Colleen A. Snyder (SB No. 274064)
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone:  916-563-0100
Facsimile:   916-563-0114

Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.S., a minor, by and through his guardians ad litem, HEIDI SKINNER and JASON SKINNER,<br><br>Plaintiff,<br><br>v.<br><br>ADVENTIST HEALTH SYSTEM/WEST, a California non-profit corporation, doing business as ST. HELENA CENTER FOR BEHAVIORAL HEALTH and KAISER PERMANENTE INTERNATIONAL, a California corporation,<br><br>Defendants. | CASE NO.: 2:15-cv-01769-JAM-AC<br><br>**ORDER GRANTING PLAINTIFF'S PETITION FOR ORDER CONFIRMING SETTLEMENT OF MINOR'S CLAIMS** |

The Court has considered the pleadings and papers filed in support of Plaintiff's Petition for Order Confirming Settlement of Minor's Claims, and good cause appearing, hereby ORDERS:

1. Plaintiff's Petition Confirming Settlement of Minor's Claim is granted;

2. The Court orders that attorneys' fees in the amount of $6,500 be paid to Ruderman & Knox, LLP; and

3. The Court orders that the remaining balance of $15,000 be paid directly to Heidi and Jason Skinner, as Guardians ad Litem for H.S. to be used for the benefit of H.S.

IT IS SO ORDERED.

DATE: 1/14/2016                                    /s/ John A. Mendez_____
                                                   U.S. District Judge John A. Mendez