1  F. Richard Ruderman (SB No. 142226)
   rick@rudermanknox.com
2  Daniel R. Shaw (SB No. 281387)
   daniel@rudermanknox.com
3  Colleen A. Snyder (SB No. 274064)
   colleen@rudermanknox.com
4  Ruderman & Knox, LLP
   1300 National Drive, Suite 120
5  Sacramento, CA 95834
   Telephone:  916-563-0100
6  Facsimile:   916-563-0114

7  Attorneys for Plaintiff

8

9                  THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  H.S., a minor, by and through her guardians ad        CASE NO.: 2:15-cv-01769-JAM-AC
    litem, HEIDI SKINNER and JASON
    SKINNER,                                              [~~PROPOSED~~] ORDER GRANTING
13                                                        PLAINTIFF'S PETITION FOR ORDER
                                                          CONFIRMING SETTLEMENT OF
                   Plaintiff,                             MINOR'S CLAIMS
14
15          v.

16  ADVENTIST HEALTH SYSTEM/WEST, a
    California non-profit corporation, doing
17  business as ST. HELENA CENTER FOR
    BEHAVIORAL HEALTH and KAISER
    PERMANENTE INTERNATIONAL, a
18  California corporation,

19                 Defendants.

20

21      The Court has considered the pleadings and papers filed in support of Plaintiff's Petition for

22  Order Confirming Settlement of Minor's Claims, and good cause appearing, hereby ORDERS:

23      1.  Plaintiff's Petition Confirming Settlement of Minor's Claim is granted;

24      2.  The Court orders that Defendant Kaiser Permanente International (also known as Kaiser

25          Foundation Health Plan, Inc.) pay the total sum of $3,000.00 to Ruderman & Knox, LLP

26          for attorneys' fees and costs and $7,000.00 to Heidi and Jason Skinner for the benefit of

27          H.S.

28  ///

[Proposed] Order
Case No.: 2:15-cv-01769-JAM-AC                                                    Page 1

1   IT IS SO ORDERED.

2

3   DATE: 10-3-2016

U.S. DISTRICT JUDGE JOHN A. MENDEZ

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order
Case No.: 2:15-cv-01769-JAM-AC                                                  Page 2