F. Richard Ruderman (SB No. 142226)
rick@rudermanknox.com
Colleen A. Snyder (SB No. 274064)
colleen@rudermanknox.com
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone:  916-563-0100
Facsimile:   916-563-0114

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.S., a minor, by and through her guardians ad litem, HEIDI SKINNER and JASON SKINNER,<br><br>Plaintiff,<br><br>v.<br><br>ADVENTIST HEALTH SYSTEM/WEST, a California non-profit corporation, doing business as ST. HELENA CENTER FOR BEHAVIORAL HEALTH and KAISER PERMANENTE INTERNATIONAL, a California corporation,<br><br>Defendants. | CASE NO.: 2:15-cv-01769-JAM-AC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a) AND ORDER**<br><br>Hon. John A. Mendez |

     Plaintiff H.S., a minor by and through her guardians ad litem, HEIDI SKINNER and JASON SKINNER, has entered into two separate settlement agreements with Defendants ADVENTIST HEALTH SYSTEM/WEST and KAISER FOUNDATION HEALTH PLAN, INC. (erroneously named as KAISER PERMANENTE INTERNATIONAL), which resolve all claims pending in this action.  Both agreements have been approved by the Court.  (See ECF Doc. 13 and ECF Doc. 18).  Pursuant to the agreements and Federal Rule of Civil Procedure 41(a), the parties, by and through their undersigned counsel, hereby stipulate and agree that the case be dismissed with prejudice.

|    |                              |                                                                                                                                  |
|----|------------------------------|----------------------------------------------------------------------------------------------------------------------------------|
| 1  |                              |                                                                                                                                  |
| 2  |                              | RUDERMAN & KNOX, LLP                                                                                                             |
| 3  | DATED: November 9. 2016      | By:  /S/ COLLEEN A. SNYDER                                                                                                       |
| 4  |                              |      Colleen A. Snyder                                                                                                           |
|    |                              |      Attorney for Plaintiffs                                                                                                     |
| 5  |                              |                                                                                                                                  |
| 6  |                              |                                                                                                                                  |
| 7  |                              | LEWIS BRISBOIS BISGAARD & SMITH, LLP                                                                                             |
| 8  |                              |                                                                                                                                  |
| 9  |                              |                                                                                                                                  |
| 10 | DATED: November 9. 2016      | By:   /S/ MELISSA DAUGHERTY                                                                                                      |
| 11 |                              |      Melissa Daugherty                                                                                                           |
|    |                              |      Attorney for Defendant Adventist Health                                                                                     |
| 12 |                              |      System/West dba St. Helena Center for Behavioral Health                                                                     |
| 13 |                              |                                                                                                                                  |
| 14 |                              | SEYFARTH SHAW, LLP                                                                                                               |
| 15 |                              |                                                                                                                                  |
| 16 |                              |                                                                                                                                  |
| 17 | DATED: November 9. 2016      | By:   /S/ KRISTINA LAUNEY                                                                                                        |
|    |                              |      Kristina Launey                                                                                                             |
| 18 |                              |      Attorney for Kaiser Foundation Health Plan Inc. (named in the Complaint as "Kaiser Permanente International")               |
| 19 |                              |                                                                                                                                  |

**ORDER**

Pursuant to the stipulation of the Parties hereto, the Court DISMISSES the case with prejudice.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 11/9/2016

      /s/ John A. Mendez
Honorable John A. Mendez
UNITED STATES DISTRICT JUDGE